AVI WEITZMAN (admitted *pro hac vice*)
aviweitzman@paulhastings.com
JENNIFER CONN (*pro hac vice* application forthcoming)
jenniferconn@paulhastings.com
JACKSON HERNDON (SBN 295697)
jacksonherndon@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 230-7689

PETER MEIER (SBN 179019)
petermeier@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7070

Attorneys for Plaintiff
CYRUS HODES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CYRUS HODES, | CASE NO. 23-cv-03481-MMC |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE THE BRIEFING SCHEDULE** |
| v. | |
| MOHAMMAD AMAD MOSTAQUE, STABILITY AI INC., a Delaware Corporation, and STABILITY AI LTD., a UK Corporation, | Judge: Maxine M. Chesney |
| | Courtroom: 7, 19th Floor |
| Defendants. | Hearing Date: September 1, 2023 |
| | Hearing Time: 9:00 a.m. |

Pursuant to Civil Local Rules 6-3 and 7-11, Plaintiff Cyrus Hodes ("Hodes" or "Plaintiff") hereby moves this Court to expedite the briefing schedule and hearing date for Plaintiff's Motion for an Order Permitting Limited Early Discovery Regarding Document Spoliation, filed contemporaneously herewith (the "Motion for Early Discovery").  As set forth more fully in Plaintiff's Motion for Early Discovery, Plaintiff believes that Defendant Mostaque intentionally deleted highly relevant electronic messages to destroy evidence that would have been highly favorable to Plaintiff in this Action.  Plaintiff's belief is based on Defendant Mostaque having posted publicly on Twitter that his WhatsApp messaging application "got deleted" and defense counsel's verbal confirmation in June 2023 that Defendant Mostaque's WhatsApp messages had in fact been lost.  Time is therefore of the essence (1) to investigate the full extent of Defendants' preservation efforts and any spoliation; and (2) to remediate any spoliation by allowing Plaintiff to serve subpoenas on third parties and obtain the deleted messages from alternative sources.  Given the urgency of preserving these documents, Plaintiff respectfully requests a briefing schedule as follows:

Defendants' Opposition due by July 31, 2023;

Plaintiffs' Reply due by August 3, 2023; and

Hearing: At the Court's earliest convenience, after the substantive Motion is fully briefed.

Defendants have not consented to this Motion, but they will not be unduly prejudiced by Plaintiff's proposed expedited briefing and hearing schedule.  Indeed, Plaintiff first requested that Defendants preserve this information in December 2022, and Defendants have been on notice that their failure to preserve Mr. Mostaque's WhatsApp messages raises serious questions of spoliation for months.  Any possible prejudice to Defendants is far outweighed by the urgent need to investigate Defendants' failure to preserve documents and to recover highly relevant messages that exist on the devices of third parties with whom Defendants communicated.  *See C2 Educ. Systems, Inc. v. Lee*, 2018 WL 3328143, at *3 (N.D. Cal. July 6, 2018) (compelling early discovery given the plaintiff's concern "that defendants will destroy the evidence plaintiff needs to prove its claims" and the plaintiff's allegation that the defendants had already deleted emails).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

For the foregoing reasons, the reasons set forth in the accompanying Declaration of Avi Weitzman in Support of Plaintiff's Motion for Administrative Relief to Expedite the Briefing Schedule, and the reasons set forth in Plaintiff's Motion for Early Discovery, Plaintiff respectfully requests that its motion to expedite the briefing schedule and hearing date for Plaintiff's Motion for Early Discovery be granted.

Dated:  July 24, 2023

Respectfully submitted,

By: */s/ Avi Weitzman*
Avi Weitzman
(admitted *pro hac vice*)
Jennifer Conn
(*pro hac vice* application forthcoming)
Jackson Herndon
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 230-7689
aviweitzman@paulhastings.com
jenniferconn@paulhastings.com
jacksonherndon@paulhastings.com

Peter C. Meier
PAUL HASTINGS LLP
101 California Street, Forty-Eighth Floor
San Francisco, CA 94111
Telephone: 1(415) 856-7000
Facsimile: 1(415) 856-7100
petermeier@paulhastings.com

*Attorneys for Plaintiff Cyrus Hodes*

PLAINTIFF'S MOTION FOR EXPEDITED BRIEFING

1

**CERTIFICATE OF SERVICE**

2          Pursuant to Local Rule 5-5(a), I certify that on the below date, all parties were served with

3    the above document via ECF.

4

5     Dated:  July 24, 2023                         Respectfully submitted,

6

7                                                   By: */s/ Avi Weitzman*
                                                    Avi Weitzman
8                                                   (admitted *pro hac vice*)
                                                    Jennifer Conn
9                                                   (*pro hac vice* application forthcoming)
                                                    Jackson Herndon
10                                                  PAUL HASTINGS LLP
                                                    200 Park Avenue
11                                                  New York, NY 10166
                                                    Telephone: 1(212) 318-6000
12                                                  Facsimile: 1(212) 230-7689
                                                    aviweitzman@paulhastings.com
13                                                  jenniferconn@paulhastings.com
                                                    jacksonherndon@paulhastings.com
14

15                                                  Peter C. Meier
                                                    PAUL HASTINGS LLP
16                                                  101 California Street, Forty-Eighth Floor
                                                    San Francisco, CA 94111
17                                                  Telephone: 1(415) 856-7000
                                                    Facsimile: 1(415) 856-7100
18                                                  petermeier@paulhastings.com

19                                                  *Attorneys for Plaintiff Cyrus Hodes*

20

21

22

23

24

25

26

27

28

- 4 -