1  AVI WEITZMAN (admitted *pro hac vice*)
   aviweitzman@paulhastings.com
2  JENNIFER CONN (*pro hac vice* application forthcoming)
   jenniferconn@paulhastings.com
3  JACKSON HERNDON (SBN 295697)
   jacksonherndon@paulhastings.com
4  PAUL HASTINGS LLP
   200 Park Avenue
5  New York, NY 10166
   Telephone:   (212) 318-6000
6  Facsimile:   (212) 230-7689

7  PETER MEIER (SBN 179019)
   petermeier@paulhastings.com
8  PAUL HASTINGS LLP
   101 California Street, 48th Floor
9  San Francisco, California 94111
   Telephone: (415) 856-7070
10
   Attorneys for Plaintiff
11 CYRUS HODES

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | CYRUS HODES,                              | CASE NO. 23-cv-03481-MMC
18 |                    Plaintiff,              | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**
19 |        v.                                  |
20 | MOHAMMAD AMAD MOSTAQUE,                    |
   | STABILITY AI INC., a Delaware              |
21 | Corporation, and STABILITY AI LTD., a UK   | Judge: Maxine M. Chesney
   | Corporation,                               | Courtroom: 7, 19th Floor
22 |                                            | Hearing Date: September 1, 2023
   |                    Defendants.             | Hearing Time: 9:00 a.m.
23

24

25

26

27

28

Having considered Plaintiff Cyrus Hodes's motion for administrative relief, the Court finds that Plaintiff has established good cause to warrant expedited briefing in this matter and orders that:

1. Defendants must file their Opposition to Plaintiff's Motion for Early Discovery by July 31, 2023;
2. Plaintiff must file his Reply to Defendants' opposition by August 3, 2023; and
3. The Court will hold a hearing on _____, 2023.

**IT IS SO ORDERED**.

Dated:

_____
Maxine M. Chesney
United States District Court Judge

[PROPOSED] ORDER