# Exhibit 1

| | |
|---|---|
| **From:** | Weitzman, Avi |
| **Sent:** | Monday, July 24, 2023 3:16 PM |
| **To:** | Keats, Michael; Winkley, Nicholas; Ghavi, Amir |
| **Cc:** | Conn, Jennifer; Herndon, Jackson; Kim, Sarah |
| **Subject:** | Hodes: M&C re: Request for Early Discovery |

Counsel,

As you know, Plaintiff believes that there has been a spoliation of documents by Mr. Mostaque. Later today, we intend to file a motion with the Court seeking leave to take early discovery from your clients and various third parties regarding Defendants' preservation efforts and the extent of any spoliation, and an order requiring Defendants to provide a certification confirming their imaging of Mr. Mostaque's smart phones, iCloud account, and computer devices (including laptops, desktops, and iPads) to ensure that no further evidence is lost. Please advise us if you consent to the request for early discovery on the issue of spoliation.

Relatedly, Plaintiff intends to ask the Court to expedite the briefing schedule such that Defendants' opposition would be due in one week and Plaintiff's reply would be due three days later. Please advise us whether you consent to the request for expedition.

We plan to file our motion this evening, and would appreciate a response by 7 pm PT/10 pm ET. If we do not hear back from you by then, we will assume that you object.

Regards,
Avi



**Avi Weitzman | Partner | Co-Chair – Complex Litigation and Arbitration**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166
Direct: +1.212.318.6920 | Mobile:+ 1.917.670.5267 | Fax: +1.212.319.4090
aviweitzman@paulhastings.com | www.paulhastings.com