# Exhibit 2

| From: | Keats, Michael <Michael.Keats@friedfrank.com> |
|---|---|
| **Sent:** | Monday, July 24, 2023 4:00 PM |
| **To:** | Weitzman, Avi; Winkley, Nicholas; Ghavi, Amir |
| **Cc:** | Conn, Jennifer; Herndon, Jackson; Kim, Sarah; Knowles, Jeffrey; Wiener, Christopher; Patel, Bina |
| **Subject:** | [EXT] RE: Hodes: M&C re: Request for Early Discovery |

Avi, there is no evidence of spoliation.  We have told you this before.   Emad's WhatsApp simply crashed.  More fundamentally, any WhatsApp communications with Mr. Hodes (and you have identified none, which is curious, as WhatsApp communications are two-way) date back from 2020-22, so it is highly likely any such messages were deleted long ago.  This seems like Mr. Hodes is just trying to accelerate discovery when this complaint is going to be subject to a significant motion to dismiss and our time to respond is not until October 16, 2023.  There is no urgency whatsoever to this request.

We have taken steps to preserve documents, we trust your client has done the same.

For clarity, we will not consent to your motion and reserve all rights, claims and remedies.

Michael Keats

**Michael C. Keats**
**Partner**
Michael.Keats@friedfrank.com |  Tel:  +1 212 859 8914 |  Mobile: +1 917 494 8232

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
friedfrank.com

**From:** Weitzman, Avi <aviweitzman@paulhastings.com>
**Date:** Monday, Jul 24, 2023 at 3:16 PM

**To:** Keats, Michael <Michael.Keats@friedfrank.com>, Winkley, Nicholas <Nicholas.Winkley@friedfrank.com>, Ghavi, Amir <Amir.Ghavi@friedfrank.com>
**Cc:** Conn, Jennifer <jenniferconn@paulhastings.com>, Herndon, Jackson <jacksonherndon@paulhastings.com>, Kim, Sarah <sarahkim@paulhastings.com>
**Subject:** Hodes: M&C re: Request for Early Discovery

[EXTERNAL]
Counsel,

As you know, Plaintiff believes that there has been a spoliation of documents by Mr. Mostaque.  Later today, we intend to file a motion with the Court seeking leave to take early discovery from your clients and various third parties regarding Defendants' preservation efforts and the extent of any spoliation, and an order requiring Defendants to provide a certification confirming their imaging of Mr. Mostaque's smart phones, iCloud account, and computer devices (including laptops, desktops, and iPads) to ensure that no further evidence is lost. Please advise us if you consent to the request for early discovery on the issue of spoliation.

Relatedly, Plaintiff intends to ask the Court to expedite the briefing schedule such that Defendants' opposition would be due in one week and Plaintiff's reply would be due three days later.  Please advise us whether you consent to the request for expedition.

We plan to file our motion this evening, and would appreciate a response by 7 pm PT/10 pm ET.  If we do not hear back from you by then, we will assume that you object.

Regards,
Avi



**Avi Weitzman | Partner | Co-Chair – Complex Litigation and Arbitration**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166
Direct: +1.212.318.6920 | Mobile:+ 1.917.670.5267 | Fax: +1.212.319.4090
aviweitzman@paulhastings.com | www.paulhastings.com

****************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

_____
Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.