Michael C. Keats (*pro hac vice*)
Samuel M. Light (*pro hac vice*)
Nicholas D. Winkley (*pro hac vice*)
**Fried Frank Harris Shriver**
  **& Jacobson LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Email: michael.keats@friedfrank.com
       samuel.light@friedfrank.com
       nicholas.winkley@friedfrank.com

Jeffrey G. Knowles (State Bar No. 129754)
Christopher J. Weiner (State Bar No. 280476)
Bina G. Patel (State Bar No. 315352)
**Coblentz Patch Duffy & Bass LLP**
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-jgk@cpdb.com
          ef-cjw@cpdb.com
          ef-bgp@coblentzlaw.com

*Counsel for Defendants Mohammad Emad Mostaque;
Stability AI Inc.; and Stability AI Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CYRUS HODES,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMAD EMAD MOSTAQUE, STABILITY AI INC., a Delaware Corporation, and STABILITY AI LTD., a UK Corporation,<br><br>    Defendants. | CASE NO. 3:23-cv-03481-MMC<br><br>**DECLARATION OF MOHAMMAD EMAD MOSTAQUE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     December 1, 2023<br>Time:     9:00 am<br>Place:    Courtroom 7, 19th Floor<br>Before:   Hon. Maxine M. Chesney |

DECLARATION OF MOHAMMAD EMAD MOSTAQUE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

## **DECLARATION OF MOHAMMAD EMAD MOSTAQUE**

I, Mohammad Emad Mostaque, declare as follows in accordance with 28 U.S.C. § 1746:

1. I am the Chief Executive Officer and founder of Stability AI, Inc. ("Stability US") and Stability AI, Ltd. ("Stability UK" and together with Stability US, the "Stability Entities"). I reside in London, England.

2. I make this Declaration based on my personal knowledge, and if called to testify about the facts set forth below, I could do so competently.

3. I understand that Cyrus Hodes alleges in this case that Stability US, Stability UK, and myself are all subject to personal jurisdiction in the United States District Court for the Northern District of California. That is not correct.

4. I am a citizen of the United Kingdom and I reside and work in London, England. I do not own real property in California and I do not pay California taxes.

5. Although I have traveled to California in the past, at no point during the negotiation and execution of the Stock Purchase Agreements that are at issue in this litigation did I travel to California.

6. I prepared and executed the Stock Purchase Agreement dated October 4, 2021 (the "October SPA") while I was present in London, England.

7. I prepared and executed the Stock Purchase Agreement dated May 21, 2022 (the "May SPA") while I was present in London, England.

8. Both the October SPA and the May SPA are governed by Delaware law.

9. Both the October SPA and the May SPA contain forum selection clauses designating Stability US's principal place of business, which has always been located in London, England, as the appropriate forum.

10. The execution of the May 2022 SPA terminated my relationship with Hodes and, after its execution, there were no more continuing obligations either of us owed the other.

11. Stability US is a holding company organized under the laws of Delaware.

12. Stability UK is organized under the laws of the United Kingdom and is a wholly-owned subsidiary of Stability US.

13. Stability US's principal place is, and has always been, in London, England. Stability UK's principal place of business is, and has always been, in London, England. Stability UK also maintains and/or has maintained offices in Tokyo, Japan, and in Frankfurt, Germany. Neither Stability US nor Stability UK has never maintained an office, much less a principal place of business, in the United States.

14. Hodes was an independent contractor with Stability US and performed his work remotely from various locations around the world. While Hodes worked for Stability US, he and I primarily communicated by electronic means.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of October 2023.

_____
Mohammad Emad Mostaque